UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Betty Jean Dickens						Docket No. 5:23-CR-24-1M

**Petition for Action on Probation**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Betty Jean Dickens, who, upon an earlier plea of guilty to Theft of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on October 11, 2023, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant reported to our office on October 13, 2023, to begin her term of home detention. The chosen technology to monitor the defendant was Radio Frequency monitoring and a transmitter was attached to her ankle on October 13, 2023. Her term of home detention is due to expire January 12, 2024. The defendant has been in full compliance with her conditions of home detention to date.

A doctor's note received from Garner Internal Medicine on December 5, 2023, states that the defendant presented with a possible blood clot in her leg and requested that the ankle transmitter be removed due to a history of blood clots and varicose veins in her legs. This probation officer removed the transmitter on December 6, 2023, for the defendant to receive a medical scan on her leg. This officer is requesting that the defendant be removed for electronically monitored home detention and instead placed on a curfew for the remainder of her 90 day home detention term. This is due to medical concerns and the defendant's compliance with home detention to date.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the following condition of release be removed:

- The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed the first 90 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations, or other activities approved by the probation officer. The defendant shall submit to location monitoring and abide by all program requirements, instructions, and procedures as directed by the supervising probation officer. The defendant shall pay for location monitoring services as directed by the probation officer.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 36 consecutive days. The defendant is restricted to her residence during the curfew hours.

Except as herein modified, the judgment shall remain in full force and effect.

Betty Jean Dickens
Docket No. 5:23-CR-24-1M
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-354-2546
Executed On: December 6, 2023

## ORDER OF THE COURT

Considered and ordered this 12th day of December, 2023, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge